IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| **SIMPLOT AB RETAIL, INC.,** | ) | |
| | ) | **Plaintiff** |
| | ) | |
| v. | ) No. 2:24-cv-00202-JM | |
| | ) | **Defendants** |
| **WEP FARMS, LLC, JAIME RENEE** | ) | |
| **MANES & WILLIAM EDDIE PALSA,** | ) | |
| **JR.,** | ) | |

# ORDER

Simplot AB Retail, Inc.'s motion for default judgment against WEP Farms, LLC ("**WEP Farms**") and Jaime Renee Manes ("**Manes**") [Doc. No. 13] is granted. WEP Farms was served on December 6, 2024, [Doc. No. 6] and Manes was served on December 4, 2024, [Doc. No. 5]. Neither defendant has responded. A clerk's entry of default was entered against defendants WEP Farms and Manes on May 8, 2025. The outstanding balance is for a sum that can be made certain by computation. *See* Fed. R. Civ. P. 55(b)(1). Judgment is therefore entered in favor of Simplot against defendants WEP Farms and Manes, jointly and severally, in the amount of $829,618.68, plus additional interest from March 24, 2025, at the rate of 12% per annum or $6,842.51 per month plus post-judgment interest until the judgment is paid in full pursuant to 28 U.S.C. §1961. Simplot's' rights to petition the Court to recover its attorneys' fees and costs pursuant to Fed. R. Civ. P. 54 are hereby reserved.

IT IS SO ORDERED this 23rd day of October 2025.

UNITED STATES DISTRICT JUDGE