IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| **SIMPLOT AB RETAIL, INC.,** | ) | |
| | ) | **Plaintiff** |
| | ) | |
| v. | ) No. 2:24-cv-00202-JM | |
| | ) | **Defendants** |
| **WEP FARMS, LLC, JAIME RENEE MANES & WILLIAM EDDIE PALSA, JR.,** | ) ) ) | |

## DEFAULT JUDGMENT

Consistent with the order entered today [Doc. No. 15], judgment is entered in favor of Simplot AB Retail, Inc. against the defendants WEP Farms, LLC and Jaime Renee Manes jointly and severally, in the amount of $829,618.68, plus additional interest from March 24, 2025, at the rate of 12% per annum or $6,842.51 per month plus post-judgment interest on all such amounts at the applicable rate pursuant to 28 U.S.C. §1961 until paid in full.

IT IS SO ORDERED this 23rd day of October 2025.

_____
UNITED STATES DISTRICT JUDGE

1